UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 14 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBIN LUCAS; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>O. IVAN WHITE; et al.,<br><br>        Defendants - Appellees,<br><br> v.<br><br>RHONDA FLEMING, Proposed Intervenor,<br><br>        Movant - Appellant. | No. 19-15176<br><br>D.C. No. 3:96-cv-02905-TEH<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered July 23, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7